
AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>FULLER, Mark E. | 2. Court or Organization<br><br>USDC - ALMD | 3. Date of Report<br><br>07/13/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>One Church Street, A-300<br>Montgomery, AL 36104 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 JUL 21 A 10: 06 FINANCIAL DISCLOSURE OFFICE

**Fuller, Mark E**

| Name of Person Reporting | Date of Report |
|---|---|
| FULLER, Mark E. | 07/13/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-37 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. American Conference Institute | 12/10/08 - 12/11/08 | New York, NY | Seminar | Travel expenses |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FULLER, Mark E. | 07/13/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citizens Bank, Enterprise, AL | Signature Loan | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FULLER, Mark E. | 07/13/2009 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Doss Aviation, Inc. | G | Distribution | P1 | U | | | | | |
| 2. Doss of Alabama, Inc. | F | Distribution | O | U | | | | | |
| 3. IRA #1 Mark Everett Fuller | A | Dividend | J | T | | | | | |
| 4. - A.G. Edwards Moneymarket | | | | | | | | | |
| 5. - Conagra Foods, Inc. | | | | | | | | | |
| 6. - Lo Jack Corporation | | | | | | | | | |
| 7. IRA #2 ███████ | A | Dividend | J | T | | | | | |
| 8. - A.G. Edwards Moneymarket | | | | | | | | | |
| 9. - Conagra Foods, Inc. | | | | | | | | | |
| 10. Mark E. Fuller Custodian Minors Act -- ██████ | B | Dividend | K | T | | | | | |
| 11. - Conagra Foods, Inc. | | | | | | | | | |
| 12. - Northwestern Mutual Life | | | | | | | | | |
| 13. Mark E. Fuller Custodian Minors Act -- ██████ | B | Dividend | K | T | | | | | |
| 14. - Oceaneering, Inc. | | | | | | | | | |
| 15. - Conagra Foods, Inc. | | | | | | | | | |
| 16. - New York Life | | | | | | | | | |
| 17. Mark E. Fuller Custodian Minors Act -- ██████ | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FULLER, Mark E. | 07/13/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependant children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Conagra Foods, Inc. | A | | | | | | | | |
| 19. - New York Life | A | | | | | | | | |
| 20. Northwestern Mutual Life | B | Dividend | K | T | | | | | |
| 21. New York Life | A | Dividend | K | T | | | | | |
| 22. State Mutual Ins. Co. ▆▆ | A | Dividend | J | T | | | | | |
| 23. Regions Bank Account | A | Interest | J | T | | | | | |
| 24. ServisFirst Bank Account | C | Interest | K | T | | | | | |
| 25. ServisFirst Bank | | None | M | T | | | | | |
| 26. CB&T Bank Account | A | Interest | J | T | | | | | |
| 27. Parcel 1, Enterprise, AL ($198,000 Appraised Value) | | None | M | S | | | | | |
| 28. Edward Jones IRA | | None | | | Distributed | | K | | |
| 29. Edward Jones | A | Dividend | | | Sold | 4-08 | K | | |
| 30. A.G. Edwards Money Market | A | Interest | K | T | | | | | |
| 31. Alfa Corp. | B | Dividend | | | Sold | 4-16 | M | E | |
| 32. Boeing Co. | B | Dividend | L | T | | | | | |
| 33. Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 34. Chevron | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FULLER, Mark E. | 07/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Colonial Properties Trust SBI | A | Dividend | J | T | | | | | |
| 36. Conagra Foods, Inc. | B | Dividend | K | T | | | | | |
| 37. International Paper | A | Dividend | J | T | | | | | |
| 38. Pitney Bowes, Inc. | A | Dividend | J | T | | | | | |
| 39. Progress Energy, Inc. | B | Dividend | K | T | | | | | |
| 40. Regions Financial | A | Dividend | J | T | | | | | |
| 41. Synovus Financial | A | Dividend | J | T | | | | | |
| 42. Total Systems Service, Inc. | A | Dividend | J | T | | | | | |
| 43. VSE Corporation (X) | A | Dividend | K | T | Buy | 3-04 | K | | |
| 44. Wachovia Corp. | A | Dividend | J | T | | | | | |
| 45. American Financial Group | B | Interest | K | T | | | | | |
| 46. Colonial Capital TR IV | B | Interest | J | T | | | | | |
| 47. DTE Energy Trust II | B | Interest | J | T | | | | | |
| 48. Retirement Systems of Alabama 1 | | None | | | Distributed | | L | | |
| 49. MetLife, Inc. (X) | A | Dividend | | | Sold | 12-15 | J | | |
| 50. Parcel 2, Panama City Beach, FL($213,611 Appraised Value)(X) | | None | M | Q | | | | | |
| 51. Southern Co Stock (X) | | None | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, page 6, Line 49 - This asset was acquired by Judge Fuller through inheritance from ███████ estate.
Part VII, page 6, Line 50 - This asset was acquired by Judge Fuller through inheritance from ███████ estate.
Part VII, page 6, Line 51 - This asset was acquired by Judge Fuller through inheritance from ███████ estate.

| Name of Person Reporting | Date of Report |
|---|---|
| FULLER, Mark E. | 07/13/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544